[No. 15493-1-I.   Division One.   February 18, 1987.]

GARY ANDERSON, ET AL, *Appellants,* v. WILLIAM
E. THOMAS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 83-2-07263-8, James A. Noe, J., entered September 24, 1984. *Affirmed* by unpublished opinion per Webster, J., concurred in by Ringold, A.C.J., and Pekelis, J.

[No. 16872-0-I.   Division One.   February 18, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. LESLIE
ALLEN POUNDS, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 83-9-05301-7, Daniel T. Kershner, J., entered December 19, 1983. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Scholfield, C.J., and Swanson, J.

[No. 16836-3-I.   Division One.   February 18, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. TIM J.
GARDNER, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 85-8-00171-9, Frank A. Morrow, J. Pro Tem., entered June 13, 1985. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Scholfield, C.J., and Coleman, J.